IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


GARY KNIGHT                                              PLAINTIFF

V.                    CASE NO. 3:11CV00192 JTK


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                 DEFENDANT



**JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 2nd day of August, 2012.


_____
UNITED STATES MAGISTRATE JUDGE